UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

NORA HARRIS                                                                                         PLAINTIFF

v.                                                                                         NO. 3:20-CV-216-CRS

KILOLO KIJAKAZI,
Acting Commissioner of Social Security[1]                                          DEFENDANT

### ORDER

This court has reviewed the Report and Recommendation of the United States Magistrate Judge and conducted a de novo review of those portions of the report to which plaintiff Nora Harris objects, and for the reasons set forth in the Memorandum Opinion entered herein this date, the objections (DN 24) are **OVERRULED** and the Magistrate Judge's Report and Recommendation (DN 23) is **ACCEPTED AND ADOPTED IN ITS ENTIRETY** and incorporated by reference herein.

March 17, 2022

**IT IS SO ORDERED.**

Charles R. Simpson III, Senior Judge
United States District Court

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Federal Rules of Civil Procedure 25(d), Kilolo Kijakazi is substituted for Andrew Saul as Defendant in this case.